UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 25-cr-45-SE-AJ-01 |
| v. | Count 1: Possession of Firearm and Ammunition by an Illegal Alien<br>(18 U.S.C. §§ 922(g)(5)(A), 924(a)(8)) |
| VONGPASITH KHAMVONGSA, | |
| Defendant. | Count 2: Possession of Firearm and Ammunition by a Felon<br>(18 U.S.C. §§ 922(g)(1), 924(a)(8)) |

INDICTMENT

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 922(g)(5)(A), 924(a)(8) –
Possession of Firearm and Ammunition by an Illegal Alien]

On or about July 13, 2024, in the District of New Hampshire, the defendant,

VONGPASITH KHAMVONGSA,

knowing he was an alien illegally and unlawfully in the United States, did knowingly possess the following firearm and ammunition affecting interstate commerce:

- Smith & Wesson, model M&P 9, 9 mm caliber pistol bearing serial number MRJ0823;
- 18 rounds of 9x19 mm Winchester ammunition;
- 11 rounds of 9x19 mm Federal ammunition; and
- 7 rounds of 9x19 Hornady ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(8).

1

## COUNT TWO

[18 U.S.C. §§ 922(g)(1), 924(a)(8) –
Possession of Firearm and Ammunition by a Felon]

On or about July 13, 2024, in the District of New Hampshire, the defendant,

VONGPASITH KHAMVONGSA,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess the following firearm and ammunition affecting interstate commerce:

- Smith & Wesson, model M&P 9, 9 mm caliber pistol bearing serial number MRJ0823;
- 18 rounds of 9x19 mm Winchester ammunition;
- 11 rounds of 9x19 mm Federal ammunition; and
- 7 rounds of 9x19 Hornady ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

NOTICE OF FORFEITURE

Upon conviction of the offenses alleged in Counts One and Two of this Indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm and ammunition involved in the commission of the offense listed above in Counts One and Two.

                                              TRUE BILL

Dated: May 7, 2025                            /s/ Foreperson
                                                    FOREPERSON

JOHN J. MCCORMACK
ACTING UNITED STATES ATTORNEY


By:    /s/ Alexander S. Chen
        Alexander S. Chen
        Assistant U.S. Attorney